Cecil P. Olds, Joseph Cerar, Robert Goins, Lance Wright, and Lawrence Meiklejohn, Members of the Board of Trustees of the Police Pension Fund of the City of Springfield, Illinois, Plaintiffs-Appellees, v. Joseph DeMarco and Elijah Neale, Defendants-Appellants.

Gen. No. 10,924.

Fourth District.

May 23, 1968.

Rehearing denied June 17, 1968.

Pree and Pree, and Lucas and Lucas, of Springfield, for appellants; Edward Coleman, of Springfield, for appellees. Opinion by JUSTICE CRAVEN. **Not to be published in full.**